United States District Court
Southern District of Texas
FILED

JUN 2 1 2005

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

JUN 2 3 2005    BM

Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. L-05-CR-943 |
| | § | |
| Jose Manuel Carreaon Vasquez | § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on June 9, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 21st day of June,  2005.

_____
MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE